UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY WASHINGTON,<br><br>                Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | 1:04-cv-353-RLY-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.


Date: 01/09/2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

Deputy Clerk, U.S. District Court

Copies to:

Anthony Washington, No. 10993-007
USP-Big Sandy
P.O. Box 2068
Inez, KY  41224

Jeffrey L. Hunter
United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204